JAMES MCMAHON, by His Guardian ad Litem, CATHERINE MCMAHON, et al., Respondents, et al., Plaintiffs, v. EDWARD J. BARRY et al., Doing Business under the Name of A & E AUTO SERVICE, et al., Appellants.—

Judgment insofar as appealed from unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Wenzel, Schmidt, Murphy and Ughetta, JJ.

KATE OGLESBY et al., Individually and as Stockholders of Colonial Art Stone Corporation, Suing on Behalf of Themselves and All Other Stockholders Similarly Situated, and in the Right of Said Corporation, Respondents-Appellants, v. LOUIS GUZZETTI et al., Appellants-Respondents, et al., Defendant.— No opinion. Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Ughetta, JJ., concur.

LUCILLE PISCETTA, Respondent, v. ANTHONY J. PISCETTA, Appellant.— No opinion. Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Ughetta, JJ., concur.